■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN P. TRACY, Appellant. [937 NYS2d 912]

Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.